UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELL M. JONES,

    Plaintiff,

vs.

Case No. 10-CV-12441
HON. GEORGE CARAM STEEH

TAMMY BERRY,

    Defendant.

_____/

## ORDER DISMISSING ACTION

On September 28, 2010, the court entered an order which granted plaintiff's motion for reconsideration, reopened the case and directed plaintiff to file an amended complaint no later than October 19, 2010. To date, plaintiff has failed to file an amended complaint as directed by the court. In this court's September 28, 2010 order, the court advised plaintiff that "[f]ailure to file an amended complaint, or otherwise comply with this order will result in dismissal of plaintiff's cause of action." Dkt. No. 8 at 2.

Accordingly,

This cause of action is dismissed.

    SO ORDERED.

Dated: October 26, 2010

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 26, 2010, by electronic and/or ordinary mail and also to Cornell M. Jones at 12146 Kentucky, Detroit, MI 48204.

S/Josephine Chaffee
Deputy Clerk