UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELL M. JONES,

        Plaintiff,

                                      Case No. 10-CV-12441
vs.                                  HON. GEORGE CARAM STEEH

TAMMY BERRY,

        Defendant.

_____/

ORDER DENYING MOTION FOR RECONSIDERATION [#10]

On September 26, 2010, the court entered an order which granted plaintiff's motion for reconsideration, reopened the case and directed plaintiff to file an amended complaint no later than October 19, 2010.  Plaintiff failed to file an amended pleading by the October 19, 2010 deadline.  On October 26, 2010, the court entered an order dismissing plaintiff's complaint.  *See* Dkt. No. 9.

Plaintiff now moves for reconsideration of this court's October 26, 2010 order, arguing that he did not receive this court's September 26, 2010 order requiring that he file an amended pleading by October 19, 2010.  The certificate of service demonstrates that the court mailed a copy of its September 26, 2010 order to plaintiff's address of record.  *See* Dkt. No. 8 at 3.  The court's docket also shows that the September 26, 2010 order was not returned to the court as undeliverable.

-1-

Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration is DENIED.

SO ORDERED.

Dated:  April 4, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 4, 2011, by electronic and/or ordinary mail and also to
Cornell M. Jones at 12146 Kentucky, Detroit, MI 48204.

S/Josephine Chaffee
Deputy Clerk